IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT JACKSON

AUGUST 1998 SESSION

| | | |
|---|---|---|
| LAMAR FLETCHER, | ) | C.C.A. NO.  02C01-9803-CC-00098 |
| | ) | |
| Defendant/Appellant | ) | LAUDERDALE COUNTY |
| | ) | |
| v. | ) | HON. JOSEPH H. WALKER, |
| | ) | JUDGE |
| ALTON HESSON, Warden, | ) | |
| | ) | HABEAS CORPUS |
| Appellee | ) | |

**JUDGMENT**

Came the appellant, Lamar Fletcher, pro se, and also came the Attorney General on behalf of the State, and this cause was heard on the record on appeal from the Circuit Court of Lauderdale County and, upon consideration thereof, this Court is of the opinion that there is no reversible error in the judgment of the trial court.

IT IS THEREFORE, ORDERED AND ADJUDGED by this Court that the judgment of the trial court is affirmed.  The case is remanded to the Circuit Court of Lauderdale County for the execution of the judgment and the collection of costs accrued below.

Costs of appeal are taxed to Lamar Fletcher.

John K. Byers, Senior Judge
David H. Welles, Judge
Jerry L. Smith, Judge